# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WILKINSBURG SCHOOL DISTRICT, | : | No. 90 WM 2019 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| TODD ELLIOTT KOGER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2019, the "*Nunc Pro Tunc* Petition for Allowance of Appeal" is DENIED.